55 A.3d 521

Stephanie FOMAN, Petitioner

v.

ALBERT EINSTEIN MEDICAL CENTER and Albert Einstein Healthcare Network and Barry Freedman, President of Albert Einstein Medical Center and James McCafferty, Investigator for the Department of Protective Services of Albert Einstein Medical Center and Russell Jones, Director of the Department of Protective Services of Albert Einstein Medical Center, and Christopher Brown, Assistant Director of the Department of Protective Services of Albert Einstein Medical Center, Respondents.

No. 128 EAL 2012.

Supreme Court of Pennsylvania.

Oct. 15, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of October, 2012, the Petition for Allowance of Appeal is **DENIED.**